CHARLES T. BROWN, Appellant, CENTRAL POWER AND LIGHT COMPANY, Plaintiff, v. ARTHUR B. WESTERVELT, Individually and in Behalf of the Bondholders Protective Committee of the ISLAND REFINING COMPANY, ETC., Respondent.—Appeal dismissed, with costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

LEOPOLD CECIL and WILLIAM CECIL, Respondents, v. NORMAN GUMBINNER, Appellant.— Motion for stay denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

MAURICE ALTER and Others, Appellants, v. INDEPENDENT DZIALOSCYZER AID SOCIETY and Others, Respondents.— Motion to dismiss appeal dismissed, without costs, and without prejudice to renewal when a new attorney is designated for appellants. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.